# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDRA THURMAN, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ROUNDY'S ILLINOIS, LLC <br>D/B/A MARIANOS <br><br>　　　　Defendant. | Case No. 23 – cv – 03819 |

## JOINT STATUS REPORT

Pursuant to this Court's August 10, 2023, order, the parties submit the following status report:

1. **Status of Discovery**

   - The parties have exchanged Initial Disclosures pursuant to Rule 26(a)(1) and this Court's order.

   - On September 7, 2023, Defendant served its Answers to Plaintiffs First Set of Interrogatories, Answers to Plaintiff's First Set of Requests for Admission, and Responses to Plaintiff's First Request for Production of Documents.  On September 18, 2023, Plaintiff served her Answers to Defendants First Set of Interrogatories and Responses to Defendant's First Request for Production of Documents. Plaintiff is currently working to supplement her first set of discovery responses.

   - The parties are in the process of scheduling depositions, which they anticipate will be complete once all discovery is supplemented.

- **Status of Settlement Discussions.**
    - The parties have exchanged initial settlement offers and continue to work toward potential resolution. Plaintiff is in the process of putting together a renewed demand and serving it on defendant.

Dated: October 10, 2023

/s/Alexander J. Taylor, Esq.
Alexander J. Taylor, Esq.
Nathan C. Volheim, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(331) 272-1942
(630) 575-8188 (fax)
ataylor@sulaimanlaw.com
nvolheim@sulaimanlaw.com

*Counsel for Plaintiff*


/s/ Christopher S. Griesmeyer
Christopher S. Griesmeyer (ARDC No. 6269851)
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph St., Ste. 2300
Chicago, Illinois 60606
Telephone: (312) 428-2750
Facsimile: (312) 332-2781
cgriesmeyer@grglegal.com

*Counsel for Defendant*